UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )  23-CR-10041-AK |
| JEROME TURNER, | ) |
| | ) |
| Defendant | ) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS INDICTMENT AND/OR MOTION FOR IMMEDIATE TRANSPORT**

The United States of America hereby responds to the Defendant's motion to dismiss the indictment or, in the alternative, motion for an order compelling the immediate transport to a closer detention facility ("Motion"). ECF No. 101. The Government requests the Motion be denied as moot. In support of this request, the Government notifies the Court that it has been in contact with the United States Marshals Service ("USMS") relative to the Defendant's Motion. This week, the USMS confirmed for the undersigned that the Defendant, who has recently been held pretrial at the Metropolitan Detention Center in Brooklyn, New York, would be transported to a closer correctional facility, and further, that such transport was expected to occur in the near future.[1] Today, the USMS provided a further update and confirmed that the defendant has been transported from MDC Brooklyn and is presently being held in or near the District of Massachusetts.[2]

---

[1] Due to security issues, USMS did not provide the exact date of transport.
[2] If necessary, the Government reserves the right to file a Supplemental Response and/or Opposition to the Defendant's Motion.

For the foregoing reasons, the Government requests this Court deny as moot the Defendant's Motion.

        Respectfully submitted,

        LEAH F. FOLEY
        United States Attorney

By:   */s/ Suzanne Sullivan Jacobus*
      SUZANNE SULLIVAN JACOBUS
      Assistant U.S. Attorney

Dated: August 28, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Suzanne Sullivan Jacobus*
SUZANNE SULLIVAN JACOBUS