**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,      )
        )
v.        )      Criminal No. 23-cr-10041-AK
        )
JEROME TURNER        )

**ORDER OF COMMITMENT FOR EXAMINATION PURSUANT TO 18 U.S.C. § 4241(b)**

Upon motion, and in light of the developed record in this case, it is ordered that the defendant, Jerome Turner, be committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241(b) for the purpose of conducing a psychiatric or psychological examination pursuant to 18 U.S.C. §4247(b) and (c). Under 18 U.S.C. §4247(b), such commitment shall be for a reasonable period of time, not to exceed 30 days, as is necessary to determine the mental competency of the defendant in order to determine whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

The Court directs and Orders the Attorney General to designate the suitable facility for Mr. Turner's commitment within 14 days of service of this Order, or provide notice to the Court on or before that date as to why the designation has not occurred within that time frame and an estimate of when designation may occur, and notify the Court, the parties, and United States Marshal Service of such facility upon such designation. The Court further orders that upon receipt of the designation, the United States Marshal Service shall as soon as reasonably practicable inform the Court and parties of the estimated time frame for transport of Mr. Turner to the facility designated by the Attorney General.

1

Pursuant to 18 U.S.C. § 4247(c), a psychiatric report shall be prepared by the examiner designated by the Attorney General.  The original of the report shall be filed with the court, with copies to counsel for the defendant and the attorney of the government. The report shall include:

(1) Mr. Turner's history and present symptoms;

(2) a description of the psychiatric, psychological and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis and prognosis, including whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings or to assist properly in his defense.

A hearing pursuant to 18 U.S.C. § 4247(d) will be scheduled upon receipt of the report.


May 20, 2026
Date

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge
Federal District Court
District of Massachusetts

2